UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PIERRE L. HOFFMAN,

    Petitioner,

  v.

UNKNOWN,

    Respondent.

No. 2:14-cv-1119 AC P

ORDER

Although this action was opened as a habeas petition pursuant to 28 U.S.C. § 2254, this court's review demonstrates that the case should be re-designated a civil rights complaint brought by a state prisoner pursuant to 42 U.S.C. § 1983.[1] The allegations set forth by petitioner/plaintiff, to the extent they can be discerned, concern claims of excessive force and inadequate medical care, i.e., they challenge conditions of confinement. See ECF No. 1.

> Federal law opens two main avenues to relief on complaints related to imprisonment: a petition for habeas corpus, 28 U.S.C. 2254, and a complaint under the Civil Rights Act of 1871, Rev. Stat. 1979, as amended, 42 U.S.C. 1983. Challenges to the validity of any confinement or to particulars affecting its duration are the province of habeas corpus, Preiser v. Rodriguez, 411 U.S. 475, 500[] (1973); requests for relief turning on circumstances of confinement may be presented in a 1983 action.

Muhammad v. Close, 540 U.S.749, 750 (2004) (per curiam).

---

[1] Petitioner/plaintiff has consented to the jurisdiction of the undersigned. ECF No. 3.

1

Petitioner/plaintiff failed to file an in forma pauperis affidavit or the required filing fee. See 28 U.S.C. §§ 1914(a), 1915(a). He is informed that there is a considerable difference between the filing fee for a habeas petition ($5.00) and the filing fee for a civil rights complaint. The required filing fee to proceed on a civil rights complaint is $350.00 plus a $50.00 administrative fee.[2] Plaintiff will be provided the opportunity either to submit the appropriate affidavit in support of a request to proceed in forma pauperis or to submit the required fees totaling $400.00.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is to re-designate this case as one brought pursuant to 42 U.S.C. § 1983.

2. Petitioner, as plaintiff, shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the required fees in the amount of $400.00; plaintiff's failure to comply with this order will result in dismissal of this action; and

3. The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma Pauperis By a Prisoner.

DATED: May 30, 2014

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[2] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments. Litigants proceeding in forma pauperis are not required to pay the $50.00 administrative fee.